

NUMBERS 13-13-00057-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

WILLIAM R. NAMI,                                                    Appellant,

v.

UNION PACIFIC RAILROAD COMPANY,                                    Appellee.

**On appeal from the 267th District Court
of DeWitt County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, William R. Nami, perfected a cross-appeal from a judgment entered by

the 267th District Court of DeWitt County, Texas, in cause number 10-04-21,519 (Union

Pacific Railroad Company v. William R. Nami appellate cause number 13-12-00673-CV).

This cause is presently before the Court on appellant's motion to withdraw the appeal.

Appellant requests that this Court withdraw the appeal.

The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
14th day of February, 2013.